UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kimberly Clark,<br><br>                    Plaintiff,<br>v.<br><br>Commercial Recovery Systems, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  1:11-cv-06507-JHR-KMW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 23, 2012

                                              Respectfully submitted,

                                              By: /s/ Sofia Balile

                                              Sofia Balile, Esq.
                                              Lemberg & Associates LLC
                                              1100 Summer Street
                                              Stamford, CT 06905
                                              Phone: (917) 981-0849
                                              Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Sofia Balile_____

                                           Sofia Balile