UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kimberly Clark, | : |
| | : |
| | : Civil Action No.: 1:11-cv-06507-JHR-KMW |
| Plaintiff, | : |
| v. | : |
| | : |
| Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Kimberly Clark ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 24, 2012

                                                Respectfully submitted,

                                                By: /s/ Sofia Balile

                                                Sofia Balile, Esq.
                                                Lemberg & Associates LLC
                                                1100 Summer Street
                                                Stamford, CT 06905
                                                Phone: (917) 981-0849
                                                Facsimile:  (203) 653-3424
                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Sofia Balile

                                              Sofia Balile